UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SODEXO CTM, LLC** | **CIVIL ACTION NO. 24-cv-1075** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ALLEGIANCE HEALTH MANAGEMENT, INC** | **MAGISTRATE JUDGE HORNSBY** |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 31] previously filed herein, having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Defendant Allegiance Health Management, Inc.'s Motion to Dismiss [Doc. No. 21] is **GRANTED** and that Plaintiff Sodexo CTM, LLC's claim for unjust enrichment is **DISMISSED** for failure to state a claim on which relief may be granted.

MONROE, LOUISIANA, this 8th day of April 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE